**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
In re:

SEARS HOLDINGS CORPORATION, et al.,

                       Debtors.
----------------------------------------------------------X
ESL INVESTMENTS, INC., et al.,

                       Appellants,                       19 **CIVIL** 7660 (VB)

          -against-                                  **JUDGMENT**

SEARS HOLDINGS CORPORATION, et al.,

                       Appellees.
----------------------------------------------------------X

       It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Opinion and Order dated September 1, 2020, The bankruptcy court's Orders of July 31,

2019, and August 5, 2019, are AFFIRMED, and cases (19 Civ. 7660; 19 Civ. 7697; and 19 Civ.

7782) are closed

**Dated:** New York, New York
        September 1, 2020

                                     **RUBY J. KRAJICK**
                               _____
                                  **Clerk of Court**
            BY:   _____
                                    **Deputy Clerk**